UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LARRY M. HOAK,<br><br>                Plaintiff,<br><br>     v.<br><br>TYRELL DAVIS, et al.,<br><br>                Defendants. | Case No. 1:23-cv-00308-BLW<br><br>**ORDER OF DISMISSAL** |

       Plaintiff Larry M. Hoak is a prisoner in the custody of the Idaho Department of Correction. On July 10, 2023, the Clerk of Court issued a Notice of Noncompliance with General Order 342 and Order to Amend. *See* Dkt. 5. The Notice and Order informed Plaintiff that his Complaint violated General Order 342, which—among other things—limits prisoner civil rights complaints to 20 pages. The Clerk attached a copy of General Order 342 and notified Plaintiff that, if he failed to file an amended complaint that complies with General Order 342, this case would be dismissed. *Id*.

       Plaintiff filed an Amended Complaint. *See* Dkt. 6. However, the Amended Complaint still does not comply with General Order 342 because it is 25 pages long.

**ACCORDINGLY, IT IS ORDERED:**

1. This case is DISMISSED without prejudice for failure to comply with subsection A of General Order 342. *See* Fed. R. Civ. P. 41(b); *see also Wolf v. Idaho State Bd. of Correction*, No. 20-35600, 2021 WL 3721434, at *2 (unpublished) (9th Cir. Aug. 23, 2021) ("The district court did not abuse its discretion in striking the Second Amended Complaint because [Plaintiff] failed to comply with the 20-page limit for pro se prisoner complaints in civil rights cases set forth in Idaho General Order No. 342 and required by the court's previous order. [Plaintiff's] contentions that the page limit violates his rights to access the courts and to due process lack merit.") (internal citation omitted); *Williams v. Stewart*, 830 F. App'x 904 (9th Cir. Dec. 9, 2020) (per curiam) (unpublished) (upholding dismissal with prejudice for failure to comply with General Order 342).

2. Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 7) is DENIED.

DATED: August 17, 2023

B. Lynn Winmill
U.S. District Court Judge